THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPH McCARTHY, Appellant.

(Argued March 10, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Supreme Court, rendered May 5, 1919, at a Trial Term for the county of Bronx, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Harry Stackell* and *Michael B. McHugh* for appellant.

*Francis Martin*, District Attorney (*Charles B. McLaughlin* and *Albert Cohn* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.